# U. S. BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In re YOLANDA D. TAYLOR

CHAPTER 13
CASE NO. 12-11463

## OBJECTION TO MORTGAGE PAYMENT CHANGE [Dk#16]

Debtor objects to the mortgage payment change by GMAC[Dk#16], for these reasons:

1. Debtor maintains homeowners insurance with Farm Bureau.[1] She only needs to pay escrow for taxes.

2. Debtor's 2011 taxes were $1,011.60.[2] Her 2012 taxes will be approximately the same amount.

3. Accordingly, GMAC needs an escrow payment of only $84.25/month to cover her taxes. Debtors total monthly payment starting January 2012 should be just $877.36/month ($793.11 P&I + $84.25 escrow).

FOR THESE REASONS, Debtor prays that this Court deny the mortgage payment change and permit an on-going mortgage payment of $877.36/month.

THIS the 22nd day of August, 2012.

                                          **YOLANDA D. TAYLOR**, Debtor

                                          By:   /s/   Chris Powell
                                          Chris Powell, MBN 100675
                                          KOSSMAN & POWELL, PLLC
                                          P.O. Box 1263
                                          Cleveland, MS 38732
                                          Phone: (662) 846-6564
                                          Fax:   (662) 846-6565
                                          Attorney for Debtor

---

[1] See *Objection to Proof of Claim* [Dk#21], Exhibit F, *Homeowner Policy Declarations Page*, 03/02/12 to 03/02/13.

[2] See *Objection to Proof of Claim* [Dk#21], Exhibit G, *Tax Card Yr 2011*.

## Certificate of Service

Today I served by ECF or U.S. mail a true and correct copy of Debtor's *Objection to Mortgage Payment Change* to each of the following:

>Sammye S. Tharp, Esquire
>USTPRegion05.AB.ECF@usdoj.gov
>
>Locke D. Barkley, Esquire
>Chapter 13 Trustee
>djenno@barkley13.com
>
>R. Cory Anthony, Esquire
>rca@underwoodlawfirm.com
>Attorney for GMAD Mortgage
>
>GMAC Mortgage, LLC
>Attn:   Bankruptcy
>1100 Virginia Avenue
>Ft. Washington, PA 19034
>
>Yolanda Taylor
>P.O. Box 4171
>Cleveland, MS  38732

This the 22nd day of August, 2012

>　　　／s/ Chris Powell　　　　
>Chris Powell, MBN 100675